AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| EMRE EROL on behalf of himself and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 4 NY INC. d/b/a ROCCA CAFE & LOUNGE, MUSTAFA ALKAN, MEMET ARSLAN, and HUSEYIN KAYMAK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-2196 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

4 NY Inc. d/b/a Rocca Cafe & Lounge
2712 Emmons Avenue
Brooklyn, NY 11235

Mustafa Alkan
c/o 4 NY Inc. d/b/a Rocca Cafe & Lounge
2712 Emmons Avenue
Brooklyn, NY 11235

Memet Arslan
c/o 4 NY Inc. d/b/a Rocca Cafe & Lounge
2712 Emmons Avenue
Brooklyn, NY 11235

Huseyin Kaymak
c/o 4 NY Inc. d/b/a Rocca Cafe & Lounge
2712 Emmons Avenue
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Wisniewski, Esq.
Robert Wisniewski, P.C.
17 State Street, Suite 820
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/21/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*